**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ESES, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **fka EcoStream Energy Services, LLC** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  2 – 5  4  8  3  9  2  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2140 E. Southlake Blvd.**<br>Number    Street<br>**Suite L-203** | Number    Street<br><br>P.O. Box |
| **Southlake**          **TX**    **76092**<br>City              State    ZIP Code | City              State    ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street<br><br>City              State    ZIP Code |

5. **Debtor's website (URL)**   **www.ecostreamusa.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ESES, LLC** _____    Case number (if known) _____

**7.  Describe debtor's business**    *A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>  5  </u>  <u>  6  </u>  <u>  2  </u>  <u>  9  </u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **ESES, LLC**                                                    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                            MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                            MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **ESES, LLC**                                                                     Case number (if known) _____

**12. Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if
needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
related assets or other options).

☐ Other _____

**Where is the property?**  _____
Number        Street

_____

_____      _____    _____
City                                                             State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency  _____

Contact name  _____

Phone  _____

---

**█ Statistical and adminstrative information**

**13. Debtor's estimation of
available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured
creditors.

**14. Estimated number of
creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **ESES, LLC** _____    Case number (if known) _____

---

███  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17.  **Declaration and signature of authorized representative of debtor** | ■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■  I have been authorized to file this petition on behalf of the debtor. |
| | ■  I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/06/2025** _____
MM / DD / YYYY

X  **/s/ Lori Mathews** _____
Signature of authorized representative of debtor
**Lori Mathews** _____
Printed name
**Controller** _____
Title

**18.  Signature of attorney**

X  **/s/ Joyce W. Lindauer** _____    Date  **01/06/2025** _____
Signature of attorney for debtor                                      MM / DD / YYYY

**Joyce W. Lindauer** _____
Printed name
**Joyce Lindauer** _____
Firm name
**Joyce W. Lindauer Attorney, PLLC** _____
Number        Street
**1412 Main Street, Suite 500** _____

**Dallas** _____    **TX**    **75202** _____
City                                      State      ZIP Code

**(972) 503-4033** _____    joyce@joycelindauer.com _____
Contact phone                            Email address
**21555700** _____    **TX** _____
Bar number                        State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **ESES, LLC**                                              CASE NO

                                                                    CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/6/2025 _____          Signature   **/s/ Lori Mathews** _____
                                                            **Lori Mathews**
                                                            **Controller**

Date _____                    Signature   _____

3A Welding & Construction, LLC
Po Box 736
MONAHANS, TX 79756


7 Rayos LLC
1202 Chruch St
Ste A
Carlsbad, NM 88220


A & A Texas Trucking LLC.
808 Tower Drive
ODESSA, TX 79764


A&A Energy Services LLC
705 Melton Alley
Midland, TX 79705


Advanced Hotshot Services LLC
3621 5th St
Odessa, TX 79763


AFCO
2141 Enterprise Drive
FLORENCE, SC 29501


Agave Fresh Water Sale
PO Box 1364
Stanton, TX 7978


Allied Eagle Transports, LLC
PO Box 1101 Stanton
Stanton, TX 79782


American Capitol Group
101 Constitution Avenue
NW Suite 525 East Tower
Washington, DC 20001

American Petroleum Institute
P.O. Box 1425
Merrifield, VA 22116


American Safety Services Inc.
PO Box 12874
BOX 12874, TX 79768


AmSpec LLC
1249 South River Road
Suite 204
Cranbury, NJ 08512


Apache Corporation
2000 Post Oak Blvd
Suite 100
HOUSTON, TX 77056


Apex Energy Services
8401 E County Road 62
Midland, TX 79706


ASCO Equipment
P.O. BOX 3888 LUBBOCK
LUBBOCK, TX 79452


Atmos Energy - H103
PO Box 740353
Cincinnati, OH 45274


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


BAILEY BOILER WORKS
17302 Hwy 87
Lubbock, TX 79423

Beacon Hill Staffing Group, LLC
PO Box 846193 Boston
BOSTON, MA 02284

Berkshire Hathaway Homestate Companies
15851   Pkwy # 1120
Addison, TX 7500

Black Diamond Oilfield Services
10924 E Cottonwood Rd
Gardendale, TX 79758

Black River Energy Services, LLC
P.O. Box 1674
MONAHANS, TX 79756

Black Wolf Energy Services, LLC
P.O. BOX 25
ODESSA, TX 79760

Blackbeard Operating, LLC
200 N. Loraine
Ste 300
Midland, TX 79701

Brick Experts Inc
3222 Red Bird LN
Grapevine, Tx 76051

Briggs/Freeman Real Estate Brokerage, In
3131 Turtle Creek Blvd 5th Floor |
DALLAS, TX 75219

C4 Oil Services
49 Donald Circle
Odessa, TX 79764

Chevron
5001 Executive Parkway
Suite 200
San Ramon, CA 94583


Cintas
P.O. BOX 650838
DALLAS, TX 75265


Complete Energy
2429 North 30th
Enid, OK 73701


Comptroller of Public Accounts
P.O. Box 149358
Austin, TX 78714


Continental Resources, Inc.
20 N. Broadway
Oklahoma City, OK 73102


Corporate Filings
8 The Green STE A Dover
DOVER, DE 19901


CT Corporation
90 s 7TH ST STE 3300
MINNEAPOLIS, MN 55402


DiamondBack
500 West Texas Ave
Suite 100
Midland, TX 79701


Direct Energy
910 Louisiana St
Suite B200
Houston, TX 77002

Dolphin Services & Chemicals  LLC dba Wa
309 Southpark Dr
Lufkin, TX 75904


EC&R Construction LLC
1539 Cr 531 Brownfield
Brownfield, TX 79316


Economic Research Institute
P.O. Box 3524
Seattle, WA 98124


EcoStream Permian ST1  LLC
2140 E Southlake Blvd.
Suite L-203
Southlake, TX 76092


Elevated Electrical Services
PO Box 80726
Midland, TX 79708


Engie - Monahans Office
PO Box 17867
San Antonio,


Enhanced Learning BPT. LLC
3803 Sims Pointe Ct
Fulshear, TX 77441


Exchange Bank & Trust
523 Delaware
Perry, OK 73077


Exxon

EZE Money Logistics
8701 W 26TH ST.
ODESSA, TX 79763


Foundation Energy Services, LLC
PO Box 1069
Snyder, TX 79550


Fox Energy Services
P.O. BOX 2081
Odessa, TX 79760


Frac Tank Rentals, LLC
P.O. BOX 3946
Odessa, TX 79760


Friendly Trucking
PO Box 386
MONAHANS, Tx  7975


Frontier Media LLC
556 Waterford Rd
Centertown, MO 6502


FSH Strategy Consultants
270 Carpenter Dr Suite 575
Atlanta, GA 30328


GATLIN & CO LTD
1650 West End Blvd.
Suite 100
St Louis Park, MN 55416


H2O Transports, INC
PO BOX 270 3750
MONAHANS, TX 79756

Heart River Logistics LLC
4299 San Felipe St.
Suite 130
Dallas, TX 77027


HP Logistics Operating LLC
PO Box 364
BIG SPRING, TX 79721


HydroSteam Oilfield Services, LLC
P.O. Box 3161
Hobbs, NM 88241


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


ISNetwork Software Corporation
3232 McKinney Ave
Ste 1500
Dallas, TX 75204


Jezco Rentals Inc
PO Box 47
Midland, TX 79702


LEEK SAFETY
2007 Kermit Hwy.
ODESSA, TX 79761


LegalZoom
9900 Spectrum Drive
Austin, TX 78717

Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Littler Mendelson PC
P.O. Box 207137
Dallas, TX 75320


Lockton
3657 Briarpark Dr.
Suite 700
Houston, TX 7704


Long Star Trucking & Field Services
PO Box 4174
Midland, TX 79704


Mainfraim Industries
1248 W Ella Dr
CORRALES, NM 87048


MASLON LLP
225 South Sixth Street
Suite 2900
MINNEAPOLIS, MN 55402


Merchants Fleet
14 CENTRAL PARK DIVE 1ST FLOOR
HOOKSETT, NH 03106


Michael Geissmann
3803 Sims Pointe Ct
TEXAS, TX 77441


Michelle French, Tax A/C
1505 E. McKinney Denton
DENTON, TX 76209

Midcon Gathering
4295 San Felipe St.
Suit 300
Houston, TX 77027


Mitchell Analytical
2638 N Faudree Rd
ODESSA, TX 79765


Morsbach & Company, LLC
6309 S. County Road 1200
Midland, TX 79707


N&B Well Service LLC
4609 S. Veronica Street
MONAHANS, TX 79756


Odessa Pumps & Equipment
7950 E Interstate 20
ODESSA, TX 7976


One Source Logistics, LLC
2463 W. Catlin St
Odessa, TX 79766


Oxy
5 Greenway Plaza
Suite 110
Houston, TX 77056


Palmer Lehman Sandberg, PLLC
8350 N. Central Expressway
Suite 1111
Dallas, TX


Pathward, National Association
PO Box 224528
Dallas, TX 75222

Peak Energy Solutions
622 US-385
Seminole, TX 79360


Permian Valve Repair, Inc
P.0 Box 70141
ODESSA, TX 79769


Phelps Dunbar LLP
PO Box 679678
Dallas, TX 75267


Pilot Thomas
P.O. Box 737749
Dallas, TX 75373


Pinnacle Propane
7556 STATE HWY 137
GARDEN CITY, TX 79739


Pioneer Natural Resources
3617 N
Midland, TX 79705


Pioneer Water Management
3617 N
Midland, TX 79705


Pyote Disposal Company
Po Box 418
Pyote, TX 79777


Registered Agent Solutions Inc
5301 Southwest Parkway
Suite 400
Austin, TX. 7873

Republic EES  LLC
10613 WEST SAM   PKWY N
STE 300
HOUSTON, TX 77064


Republic Services, INC
3001 FM 866
ODESSA, TX 79763


Ridge Petroleum
3650 OLD BULLARD RD.
SUITE 430
TYLER, TX 75701


Ring Energy
1725 Hughes Landing Blvd.
Suite 900
The Woodlands, TX 77380


Robert Half International
P.O. BOX 743295
Los Angeles, CA 90074


Sabre- Chem  Inc.
P.O. Box 140296
Broken Arrow, OK 74014


Safeco Insurance
PO BOX 91017
Chicago, IL 60680


Sage Intacct
300 PARK AVE STE 1400
SAN JOSE, CA 95110


Sealy & Smith Foundation
2200 Market Ste. 500
Galveston, TX 77500

Select Agua Libre Midstream  LLC
 719 E FOREST COURT LN
MUSTANG, OK 73064


Sharp Energy Services LLC
P.O.BOX 573
ODESSA, TX 79760


SPARKLETTS & SIERRA SPRING
200 Eagles Landing Blvd
Lakeland, FL 33810


Spectrum Business
PO Box 60074
City of Industry, CA 91716


SpyGlass
25777 Detroit Rd
Ste 400
Westlake, OH 44145


Starlight Cleaning Service
PO Box 224731
DALLAS, TX 75222


Stone Ridge Pipeline Integrity, Inc.
PO Box 364
BIG SPRING, TX 79721


Sundance Services West, Inc.
1001 6TH STREET
EUNICE, NM 88231


Sundown Energy LP
16400   Pkwy Suite 100
Dallas, TX 75248

```
SunMastersAuto
1325 Whitlock Ln
Ste 311
CARROLLTON, TX 75006


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Dept of Licensing & Regulation
PO Box 12157
AUSTIN, TX 7871



Texas Mutual Workers' Compensation Insur
PO Box 12058
AUSTIN, TX 78711



Texas Oil & Gas Association
304 W 13th St
Austin, TX 78701



Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



The Cross Timbers Gazette
6101 Long Prairie Rd.
Ste. 744-186
Flower Mound, TX 75028


The Hudson on 158
7004 W. Wadley Ave
Midland, TX 79707



Tommy Chappell, LLC
8 Santa Fe Pl
Odessa, TX 79765
```

Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


Trinity Industries Leasing Company
2525 Stemmons Freeway
Dallas, TX 75207


Tripleplay Transport LLC
3060 S US HWY 385
Odessa, TX 79766


U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242

UniFirst Corporation - Energy Services
PO BOX 650481
DALLAS, TX 75265


US Ecology
GreyReed 1300 POST OAK BLVD
SUITE 2000 |
HOUSTON, TX 7705


Velocity Water Solutions, LP
310 S. Twin Oaks Valley Rd.
Ste 107-473
San Marcos, CA 92078


Veriforce
P.O. Box 843429
Dallas, TX 75284

Verizon
PO BOX 660108
Dallas, Tx 75266


Vital Energy
521 E 2nd St S
Suite 1000
Tulsa, OK 74120


Viyu Network Solutions
3101 President George Bush Turnpike
Suite 100
Richardson, TX 75082


Warrior Technologies, LLC
400 W Illinois Ave Ste 950
Midland, TX 79701


Williams Oil Company
330 North A
2-215
Midland, TX 79705


Winstead PC Attorneys
2728 N. Harwood Street
STE 500
Dallas, TX 75201


Wtg Fuels
P.O. Box 3514
Midland, TX 79702


XTO
9127 S. Jamaica St.
Englewood, CO 80112


Znergen Operating, LLC
4912 S US Hwy 87
BIG SPRING, TX 79720